GUILLERMO MARRERO (Bar No. 099056)
gmarrero@ipglaw.com
JOSHUA J. RICHMAN (Bar No. 243147)
jrichman@ipglaw.com
**INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
1350 Columbia Street Suite 500
San Diego, California 92101
Tel (619) 515-1480
Fax (619) 515-1481

FILED
2008 APR 14 PM 2:23
BY KMH DEPUTY

Attorneys for Defendant
BUSCH ENTERTAINMENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH RADEN,<br>Plaintiff,<br>v.<br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,<br>Defendant. | CASE NO. '08 CV 0670 J RBB<br>**DECLARATION OF JOSHUA J. RICHMAN IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** |

I, Joshua J. Richman, declare:

1. I am an attorney licensed to practice law before all courts of the State of California and I am associated with the law firm of International Practice Group, P.C., which is counsel for Defendant Busch Entertainment Corporation ("Defendant") in this lawsuit.

2. Defendant is incorporated in the State of Delaware. Defendant's principal place of business is in the State of Missouri.

I declare under penalty of perjury, under the laws of the State of California, the foregoing is true and correct and that this Declaration was executed on April ~~8~~ 14, 2008.

[signature]
JOSHUA J. RICHMAN