Robert J. Francavilla, Bar No. 110429
Jeremy Robinson, Bar No. 188325
**CASEY, GERRY, SCHENK,**
**FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
rjf@cglaw.com
jrobinson@cglaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH RADEN,<br><br>Plaintiff,<br><br>v.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08cv0670 JM (RBB)<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff RUTH RADEN hereby demands trial by jury in this action.

DATED: April 24, 2008

CASEY, GERRY, SCHENK,
FRANCAVILLA, BLATT & PENFIELD, LLP

s/Robert J. Francavilla
Attorneys for Defendants
E-mail: rjf@cglaw.com