Robert J. Francavilla, Bar No. 110429
Jeremy Robinson, Bar No. 188325
**CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
rjf@cglaw.com
jrobinson@cgclaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH RADEN,<br><br>Plaintiff,<br><br>v.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08cv0670 JM (RBB)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, in which county the within mentioned mailing occurred. My business address is 110 Laurel Street, San Diego, California 92101. I electronically filed the following documents with the Clerk of Court using the CM/ECF system:

**NOTICE OF APPEARANCE**

which will send notification of such filing to the following:

/ / /

/ / /

Guillermo Marrero, Esq.
Joshua J. Richman, Esq.
INTERNATIONAL PRACTICE GROUP
1350 Columbia Street, Suite 500
San Diego, CA 92101
(619) 515-1480
(619) 515-1481 facsimile

Attorneys for Defendant, BUSCH ENTERTAINMENT CORPORATION

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed April 28, 2008, at San Diego, California.

STEVE LEONARD

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP