David S. Casey, Jr., Bar No. 060768
Robert J. Francavilla, Bar No. 110429
**CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
rjf@cglaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH RADEN,<br><br>Plaintiff,<br><br>v.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08cv670 JM (RBB)<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** |

Plaintiff Ruth Raden, by and through her counsel, and Defendant Busch Entertainment Corporation, by and through its attorneys, jointly move the Court to continue the date set for the Early Neutral Evaluation conference in this case for 30 days. The conference is presently scheduled for May 5, 2008.

The parties jointly agree that the continuance will be beneficial to the conduct of this litigation and is not sought for any improper purpose. The need for the continuance is brought about by the desire for preliminary discussions amongst counsel regarding several issues in the case prior to a formal settlement or evaluation conference. Counsel for both parties involved believe that these discussions will help greatly narrow the matters in dispute in the litigation and will substantially assist in the litigation

process and the possibility for early resolution of the case. At present, the parties and their attorneys do not believe an ENE on May 5, 2008 will be beneficial to either the parties or the court.

Based upon the foregoing, it is respectfully requested that the Court enter an order continuing the date for the Early Neutral Evaluation conference in this case for 30 days as outlined above.

DATED: May 1, 2008

CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP

s/Robert J. Francavilla
Attorneys for Plaintiff
E-mail: rjf@cglaw.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the defendant and that I have obtained authorization from Guillermo Marrero to affix his electronic signature to this document.

DATED: May 1, 2008

INTERNATIONAL PRACTICE GROUP

s/Guillermo Marrero
GUILLERMO MARRERO

Attorneys for Defendant Busch Entertainment Corporation