**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH RADEN, <br><br>　　　　　　Plaintiff, <br><br>v. <br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive, <br><br>　　　　　　Defendants. | CASE NO. 08cv670 JM (RBB) <br><br>**ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE** <br>**[DOC. NO. 6]** |

On May 1, 2008, Plaintiff RUTH RADEN and Defendant BUSCH ENTERTAINMENT CORPORATION presented a joint motion to continue for 30 days the date for the Early Neutral Evaluation Conference presently scheduled for May 5, 2008. The motion is **DENIED** and it is hereby **ORDERED** that the Early Neutral Evaluation Conference will take place as scheduled on May 5, 2008, at 8:30 a.m.

DATED: May 1, 2008

　　　　　　　　　　　　　　　　　　_/s/ Ruben Brooks_
　　　　　　　　　　　　　　　　　　RUBEN B. BROOKS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Casey, Gerry, Schenk, Francavilla, Blatt & Penfield, LLP

~7541020.wpd

Case No. 08cv670 JM (RBB)
**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**