**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RADEN v. BUSCH ENTERTAINMENT — Case No. 08CV670 JM(RBB)

**Time Spent: _**

HON. RUBEN B. BROOKS — CT. DEPUTY VICKY LEE — Rptr. 

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |
| | |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

The early neutral evaluation conference on May 5, 2008, at 8:30 a.m. is vacated.

A telephonic attorneys-only early neutral evaluation conference and case management conference are set for May 12, 2008, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: May 5, 2008

IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

INITIALS: VL (mg/irc) Deputy

cc: Judge Miller
All Parties of Record