David S. Casey, Jr., Bar No. 060768
Robert J. Francavilla, Bar No. 110429
Jeremy Robinson, Bar No. 188325
**CASEY, GERRY, SCHENK,**
**FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
dcasey@cglaw.com
rjf@cglaw.com
jrobinson@cgclaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

RUTH RADEN,

Plaintiff,

v.

BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,

Defendants.

CASE NO. 08cv670 JM (RBB)

**NOTICE OF APPEARANCE**

TO THE COURT AND ALL PARTIES OF RECORD:

Please take notice that Jeremy Robinson of the law firm of Casey, Gerry Schenk, Francavilla, Blatt & Penfield, LLP, is hereby appearing as counsel of record on behalf of plaintiff RUTH RADEN.

DATED: May 6, 2008

CASEY, GERRY, SCHENK,
FRANCAVILLA, BLATT & PENFIELD, LLP

s/Jeremy Robinson
Attorneys for Defendants
E-mail: jrobinson@cglaw.com