**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RADEN v. BUSCH ENTERTAINMENT — Case No. 08CV670 JM(RBB)
**Time Spent: 15 minutes**

HON. RUBEN B. BROOKS — CT. DEPUTY VICKY LEE — Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Jeremy Robinson (present) | Guillermo Morero (present) |

PROCEEDINGS: ____ In Chambers ____ In Court x Telephonic

A telephonic early neutral evaluation conference and case management conference were held.

A settlement conference is set for October 8, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement and a claims adjuster, if appropriate.**

DATE: May 12, 2008

IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

INITIALS: VL (mg/irc) Deputy

cc: Judge Miller
All Parties of Record