UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH RADEN,<br><br>Plaintiff,<br><br>v.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | Civil No. 08CV0670 JM(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On May 12, 2008, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before June 5, 2008.

3. No discovery plan is required.

4. The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before June 20, 2008.

5. Counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into a settlement shall appear in person on October 8, 2008, at 1:30 p.m. in the chambers of United States Magistrate Judge Ruben B. Brooks, U.S. Courts Building, 940 Front Street, Room 1185, San Diego, California, 92101-8926, for a further settlement conference.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: May 12, 2008

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Miller
All Parties of Record