David S. Casey, Jr., Bar No. 060768
Robert J. Francavilla, Bar No. 110429
**CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
dcasey@cglaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH RADEN,<br><br>Plaintiff,<br><br>v.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08cv670 JM (RBB)<br><br>**JOINT MOTION TO CONTINUE RULE 26 DISCLOSURES** |

Plaintiff Ruth Raden, by and through her counsel, and Defendant Busch Entertainment Corporation, by and through its attorneys, jointly move the Court to continue the date set for the Rule 26 Initial Disclosures in this case for 60 days.

The parties jointly agree that the continuance will be beneficial to the conduct of this litigation and is not sought for any improper purpose. The need for the continuance is brought about by the fact that this case presents a preliminary issue regarding the scope and validity of a waiver and release purportedly signed by the plaintiff prior to the incident that is the subject of this case. A decision by the court on the release issue will be determinative of many other issues in the case and therefore all parties and their counsel agree that it is appropriate to forestall the remainder of the litigation process until

such a determination is made.

Based upon the foregoing, it is respectfully requested that the Court enter an order continuing the date for the Rule 26 Initial Disclosures in this case for 60 days as outlined above.

DATED: July 8, 2008

CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP

s/David S. Casey, Jr.
Attorneys for Plaintiff
E-mail: dcasey@cglaw.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the defendant and that I have obtained authorization from Guillermo Marrero to affix his electronic signature to this document.

DATED: July 8, 2008

INTERNATIONAL PRACTICE GROUP

s/Joshua Richman
JOSHUA RICHMAN

Attorneys for Defendant Busch Entertainment Corporation