# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH RADEN,<br><br>              Plaintiff,<br><br>v.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>              Defendants. | CASE NO. 08cv670 JM (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE RULE 26 INITIAL DISCLOSURES [DOC NO. 13]** |

On July 8, 2008, Plaintiff RUTH RADEN and Defendant BUSCH ENTERTAINMENT CORPORATION presented a joint motion to continue for 60 days the date for the Rule 26 initial disclosures. Based on the motion, it is hereby **ORDERED** that:

The date for the Rule 26 initial disclosures in the above case is continued to August 20, 2008.

DATED: July 11, 2008

RUBEN B. BROOKS
United States Magistrate Judge

Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

Joint Motion to Continue Initial Disclosures Ord.wpd

Case No. 08cv670 JM (RBB)
**ORDER GRANTING JOINT MOTION TO CONTINUE RULE 26 INITIAL DISCLOSURES**