David S. Casey, Jr., Bar No. 060768
Robert J. Francavilla, Bar No. 110429
**CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
dcasey@cglaw.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUTH RADEN,<br><br>Plaintiff,<br><br>v.<br><br>BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 08cv670 JM (RBB)<br><br>**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Ruth Raden, by and through her counsel, and Defendant Busch Entertainment Corporation, by and through its attorneys, jointly move the Court to dismiss the above case without prejudice.

DATED: August 28, 2008

CASEY, GERRY, SCHENK, FRANCAVILLA, BLATT & PENFIELD, LLP

s/David S. Casey, jr.
Attorneys for Plaintiff
E-mail: dcasey@cglaw.com

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the defendant and that I have obtained authorization from Guillermo Marrero to affix his electronic signature to this document.

DATED: August 28, 2008

INTERNATIONAL PRACTICE GROUP

s/Guillermo Marrero
GUILLERMO MARRERO
Attorneys for Defendant Busch Entertainment Corporation