Casey, Gerry,
Schenk, Francavilla,
Blatt & Penfield, LLP

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH RADEN, <br><br> Plaintiff, <br><br> v. <br><br> BUSCH ENTERTAINMENT CORPORATION, a Delaware Corporation, and Does 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 08cv670 JM (RBB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE** |

On August 28, 2008, Plaintiff RUTH RADEN and Defendant BUSCH ENTERTAINMENT CORPORATION presented a joint motion to dismiss this case without prejudice. Based on the motion, it is hereby **ORDERED** that:

The case is dismissed as to all parties without prejudice.

DATED: September 9, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

08cv670_order grand mtd_9 9 08

Case No. 08cv670 JM (RBB)
**ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**