**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RADEN v. BUSCH ENTERTAINMENT Case No. 08CV670 JM(RBB)
**Time Spent:** _

HON. RUBEN B. BROOKS CT. DEPUTY VICKY LEE Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |
| | |

PROCEEDINGS: ____ In Chambers ____ In Court ____ Telephonic

On September 9, 2008, parties filed a Joint Motion for Dismissal Without Prejudice [doc. no. 15].

In light of the Joint Motion, the settlement conference set for October 8, 2008, at 1:30 p.m. is vacated.

DATE: September 9, 2008 IT IS SO ORDERED: Ruben Brooks

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Miller
All Parties of Record

INITIALS: VL (mg/irc) Deputy